# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159811 & (50)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DERRIUS ALPHONZO HAYNES,
    Defendant-Appellant.

SC: 159811
COA: 343558
Wayne CC: 08-008833-FC

_____/

On order of the Court, the motion to amend and correct errors is GRANTED. The application for leave to appeal the May 9, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



s1204

Clerk